### Cat Burdick v. The State.

No. 9493. Delivered May 27, 1925.

**Possessing Equipment—Affirmed.**

No statement of facts nor bills of exceptions appear in this record and the cause must be affirmed.

Appeal from the Criminal Court of Tarrant County. Tried below before the Hon. Geo. E. Hosey, Judge.

Appeal from a conviction for possessing equipment for the manufacture of intoxicating liquor; penalty, one year in the penitentiary.

No brief filed by appellant.

*Tom Garrard*, State's Attorney, and *Grover C. Morris*, Assistant State's Attorney, for the State.

Conviction is for possessing equipment for the manufacture of intoxicating liquor. Punishment, one year in the penitentiary.

The record contains neither bills of exception nor statement of facts. Nothing is presented to this court for review.

The judgment is affirmed.

*Affirmed.*